AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MELVIN J. COLLINS,

      Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER:   **3:08-CV-00114-RCJ-RAM**

DR. SANCHEZ, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (#44) is GRANTED.
      IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (#26) is DENIED as MOOT.

   January 27, 2010                                  **LANCE S. WILSON**
                                                                   Clerk

                                                                 /s/ D. R. Morgan
                                                                  Deputy Clerk